**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EDWARD O'DONNELL,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 68396

**FILED**

AUG 25 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion for admission to bail pending appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order appealed from is not substantively appealable. *See* NRAP 3A(b). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *State v. Shade*, 110 Nev. 57, 63, 867 P.2d 393, 396 (1994); *Mazzan v. State*, 109 Nev. 1067, 1075, 863 P.2d 1035, 1039-40 (1993). No statute or court rule allows for an appeal from an

15-25769

order denying a motion for bail pending appeal. Accordingly, we conclude we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. William D. Kephart, District Judge
Thomas Edward O'Donnell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Although appellant has not been granted permission to file documents in this matter in pro se, see NRAP 46(b), we have received and considered the documents submitted by appellant on July 28, 2015.